# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1590
LT Case No. 2010-CF-8349

_____

CHARLES E. BOWERS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville,
for Petitioner.

Ashely Moody, Attorney General, Tallahassee, and Ryan Roy,
Assistant Attorney General, Tallahassee, for Respondent.

August 23, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this
opinion shall be filed with the trial court and be treated as the
notice of appeal from the January 8, 2021 order denying
defendant's motion for postconviction relief rendered in Case No.
2010-CF-8349, in the Circuit Court in and for Duval County,
Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____